IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MERCURY COMPUTER SYSTEMS, INC.
199 Riverneck Road
Chelmsford, MA 01824

    Plaintiff,

- v -

Bluemark Engineering Consulting, Ltd.
ISRAEL
    Defendant.

Civil Action No.

04cv10032 MEL

## CORPORATE DISCLOSURE STATEMENT
## OF MERCURY COMPUTER SYSTEMS, INC.

Pursuant to District of Massachusetts Local Rule 7.3(A), Plaintiff Mercury Computer Systems, Inc. ("Mercury"), by and through its undersigned counsel, reports as follows:

Parent Corporation: None.

Publicly-held Companies owning 10% or more of Mercury: None.

    Respectfully submitted,

    MERCURY COMPUTER SYSTEMS, INC.

    By its attorneys,

    R. Todd Cronan, P.C. (BBO No. 542466)
    Carolyn I. McGowan (BBO No. 635818)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    617.570.1000

Dated: January 7, 2004

LIBA/1340620.1