UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
MERCURY COMPUTER SYSTEMS, INC.         )
                                       )
               Plaintiffs,             )
                                       )    C.A. No. 04-10032 (MEL)
       v.                              )
                                       )
BLUEMARK ENGINEERING CONSULTING,       )
Ltd.                                   )
                                       )
               Defendants.             )
_____)

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Mercury Computer Systems, Inc. voluntarily dismisses this action in its entirety, without prejudice and without costs to any party, no answer or motion for summary judgment having been served by the defendant.

Respectfully submitted,

MERCURY COMPUTER SYSTEMS, INC.

By its attorneys,

/s/ James O. Fleckner
R. Todd Cronan (BBO #542466)
James O. Fleckner (BBO #641494)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

DATED:  July 21, 2006

LIBA/1716845.1